# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JENNIFER WILLIAMS, | : | |
| Plaintiff, | : | |
| | | Case No. 3:16cv00324 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| NANCY A. BERRYHILL, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on July 31, 2017 (Doc. #12) is ADOPTED in full;

2. No finding is made as to whether Plaintiff Jennifer Williams was under a "disability" within the meaning of the Social Security Act;

3. This case is remanded to the Commissioner and the Administrative Law Judge under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations and the instant Decision and Entry; and

4. The case is terminated on the docket of this Court.

August 17, 2017                                       s/Thomas M. Rose
                                                      _____
                                                          Thomas M. Rose
                                                      United States District Judge